**Roy J. ASHLEY, Appellant,**

v.

**Dr. Ivan W. STEELE, Warden, United States Medical Center, etc.**

No. 15168.

United States Court of Appeals
Eighth Circuit.

March 10, 1955.

Edward D. Weakley, St. Louis, Mo., for appellant.

Edward L. Scheufler, U. S. Atty., Kansas City, Mo., and William O. Russell, Asst. U. S. Atty., Joplin, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on suggestion of mootness filed by United States Attorney.

■

**WESTERN SMELTING & REFINING COMPANY, a Corporation, Appellant,**

v.

**ILLINOIS CENTRAL RAILROAD COMPANY, a Corporation.**

No. 15279.

United States Court of Appeals
Eighth Circuit.

March 11, 1955.

Jack W. Marer, Omaha, Neb., for appellant.

William J. Baird, Omaha, Neb., and Frank F. Helsell, Fort Dodge, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant. 123 F.Supp. 3.